UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

| | |
|---|---|
| Seed Capital Group LLC, | Court File No. 03-3569 (RHK/AJB) |
| Plaintiff, | |
| vs. | |
| Nortech Forest Technologies, Inc.; FL Floral, Inc.; FL Flowers, Inc.; Plaza I, Inc.; Northern Flowers, LLC; Don Lindstedt; Steve Fahrner; and Daniel L. Gelb, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and among all of the parties, through their respective undersigned attorneys, that this case, and all claims and counterclaims therein, may be dismissed with prejudice pursuant to Rule 41(a) of the Federal of Civil Procedure, without costs or disbursements to any party. It is further agreed that this stipulation may be signed in counterparts.

SKOLNICK & ASSOCIATES, P.A.

Date: 6/25, 2004    By: _____
William R. Skolnick  #137182
Rolin L. Cargill, III  #14722
2100 Rand Tower
527 Marquette Avenue South
Minneapolis, MN 55402
(612) 677-7600

**ATTORNEYS FOR PLAINTIFF**

ERIC NILSSON, P.A.

Date: 6·28 , 2004          By: *[signature]*
                               Eric Nilsson          #0126076
                               950 Flour Exchange Building
                               310 Fourth Avenue South
                               Minneapolis, MN 55415
                               (612) 766-9505

                               **ATTORNEY FOR DEFENDANTS**
                               **NORTHERN, GELB AND PLAZA**


**LINCOLNSHIRE, LLC**


Date: 6-10 , 2004          By: *[signature]*
                               Lee A. Henderson      #126305
                               864 Ford Centre
                               420 North Fifth Street
                               Minneapolis, MN 55401
                               (612) 746-5750

                               **ATTORNEY FOR DEFENDANTS**
                               **NORTECH, FL FLORAL**
                               **FL FLOWERS, AND FAHRNER**


Date: _____ , 2004       By: _____
                               Don Lindstedt
                               617 Wiggins Road
                               St. Paul, MN 55119
                               (612) 296-0666

                               **ATTORNEY PRO SE**

ERIC NILSSON, P.A.

Date: _____, 2004          By: _____
                                   Eric Nilsson        #0126076
                                   950 Flour Exchange Building
                                   310 Fourth Avenue South
                                   Minneapolis, MN 55415
                                   (612) 766-9505

                                   **ATTORNEY FOR DEFENDANTS**
                                   **NORTHERN, GELB AND PLAZA**


                                   **LINCOLNSHIRE, LLC**


Date: _____, 2004          By: _____
                                   Lee A. Henderson    #126305
                                   864 Ford Centre
                                   420 North Fifth Street
                                   Minneapolis, MN 55401
                                   (612) 746-5750

                                   **ATTORNEY FOR DEFENDANTS**
                                   **NORTECH, FL FLORAL**
                                   **FL FLOWERS, AND FAHRNER**


Date: 1/21, 2004               By: *[signature]*
                                   Don Lindstedt
                                   617 Wiggins Road
                                   St. Paul, MN 55119
                                   (612) 296-0666

                                   **ATTORNEY PRO SE**

2